Parna Mehrbani, OSB No. 053235
Email: parna.mehrbani@tonkon.com
Jeffrey G. Bradford, OSB No. 133080
Email: jeff.bradford@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
Telephone: (503) 221-1440

Vincent P. Rao II (admitted *pro hac vice*)
Email: vrao@kelleydrye.com
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900

Attorneys for Defendant Kohl's Department Stores, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NANCY BOYD,<br><br>                     Plaintiff,<br><br>     v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1-100 inclusive,<br><br>                     Defendants. | Civil No. 6:18-cv-00876-MK<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, the parties

hereby request that the Court dismiss this case without prejudice for 45 days, without costs or

PAGE 1 – STIPULATED DISMISSAL WITHOUT PREJUDICE

fees awarded to either party. Following the 45-day period, this case shall be dismissed with prejudice, without costs or fees awarded to either party.

DATED: January 22, 2019.

| | |
|---|---|
| By *s/ Kyle W. Schumacher* | By *s/ Jeffrey G. Bradford* |
| Kyle W. Schumacher, OSB No. 121887 | Parna A. Mehrbani, OSB No. 053235 |
| | Jeffrey G. Bradford, OSB No. 133080 |
| Attorney for Plaintiff Nancy Boyd | Vincent P. Rao, II |
| | |
| | Attorneys for Defendant Kohl's Department Stores, Inc. |