IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NANCY BOYD,<br><br>               Plaintiff,<br><br>   V.<br><br>KOHL'S DEPARTMENT STORES, INC. et al,<br><br>               Defendant. | 6:18-cv-00876-MK<br><br>JUDGMENT |

This action is dismissed without prejudice and without costs or fees to either party for 45 days from the date of this Judgment as per the Stipulated Notice of Voluntary Dismissal (ECF No. 17) pursuant to FRCP 41(a)(1)(A)(ii). Following the 45-day period, this case shall be dismissed with prejudice and without costs or fees to either party.

Dated this 30th day of January 2019.

_____
MUSTAFA T. KASUBHAI
United States Magistrate Judge